UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| BANK OF AMERICA, N.A., | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:21-CV-00184 |
| | ) | |
| LEVERING RUSSELL CARTWRIGHT, | ) | |
| JASON A. CICHOWICZ, | ) | |
| ERIN ANNE (CARTWRIGHT) REDHEAD, | ) | |
| and CHARLES CARTWRIGHT, | ) | |
|     Defendants. | ) | |

### DEFENDANT, LEVERING RUSSELL CARTWRIGHT'S, REQUEST FOR ORAL ARUGMENT ON HIS MOTION TO DISMISS

Pursuant to N.D. Ind. L.R. 7.5, Defendant, Levering Russell Cartwright ("Cartwright") respectfully moves the Court to allow oral argument on Defendant's Motion to Dismiss Plaintiff's Complaint, filed contemporaneously herewith (the "Motion to Dismiss").

Plaintiff's Complaint seeks to usurp control from Cartwright over his accounts held at Bank of America, and deny Cartwright decision making regarding his account held at Bank of America. Further, Plaintiff seeks a release of liability as it relates to their relationship with Cartwright. However, another action is pending under Case Number 3:21-cv-00191 which deals with the substance of the issues between the parties, and this action should be dismissed in favor of the alternate action.

Oral argument on the Motion to Dismiss would assist the Court in assessing the merits of Defendant's arguments that the Complaint should be dismissed under Federal Rules of Civil Procedure 12(b)(6), and would ensure that the Court has all the necessary information before it to rule on the Motion to Dismiss. Defendants request that each side be permitted thirty (30) minutes to present their oral arguments.

Respectfully submitted,

  s/  Michael P. Misch
Michael P. Misch                              (#27970-71)
ANDERSON AGOSTINO & KELLER, P.C.
131 South Taylor Street
South Bend, IN  46601
Telephone:  (574) 288-1510
Facsimile:  (574) 288-1650
Email:  misch@aaklaw.com