UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

BANK OF AMERICA, N.A.,

    Plaintiff,

v.

LEVERING RUSSELL CARTWRIGHT *et al.*,

    Defendants.

CAUSE NO. 3:21-CV-184 DRL-MGG
(consolidated cases 3:21-CV-191 and 3:21-CV-236)

## ORDER

This matter is before the court following Magistrate Judge Michael Gotsch's report and recommendation [ECF 133], which recommended that Bank of America, N.A.'s request to strike [ECF 101] be granted in part, that Levering Russell Cartwright's motion to enforce settlement agreement [ECF 116] be denied, and that Bank of America's motions to seal [ECF 117, 123] be granted in part. No objections were filed by the September 20, 2022 deadline. Satisfied with the well-reasoned report and recommendation and because no party has objected, the court ADOPTS the report in its entirety and DENIES Mr. Cartwright's motion to enforce settlement agreement [ECF 116], including requests from both sides for an award of expenses and fees related to the motion, GRANTS IN PART Bank of America's request to strike [ECF 101] and motions to seal [ECF 117, 123], and ORDERS redactions as detailed in the report and recommendation.

SO ORDERED.

September 21, 2022

*s/ Damon R. Leichty*
Judge, United States District Court